UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

AUG 2 5 2008

LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES OF AMERICA

v.

Docket No.: 08-M-283 RFT

MAHMOOD HAMDARD
_____ Defendant

RANDOLPH F. TREECE
U.S. MAGISTRATE JUDGE

## ORDER TO RELEASE DETAINED DEFENDANT

The above-named defendant has satisfied the conditions for release and the defendant shall be released from custody forthwith.

**IT IS SO ORDERED.**

DATED: __August 25, 2008__

_____
RANDOLPH F. TREECE
United States Magistrate Judge