UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

**MAHMOOD HAMDARD**,
               Defendant(s).

**O R D E R  OF  DISMISSAL**

Criminal No.08-M-283 (RFT)

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses the charges against **MAHMOOD HAMDARD** contained in Complaint No. 08-MJ-283 (RFT), filed on June 30, 2008, without prejudice. The prosecution in this matter is currently being handled by the Albany County District Attorney's Office. The defendant pled guilty to a felony, Criminal Sex Act in the Third Degree, and has been promised a sentence of 10 years probation.

Dated: March 19, 2009
       Albany, New York

ANDREW T. BAXTER
ACTING U.S. ATTORNEY

By:   s/ Thomas Spina Jr.
       Assistant U. S. Attorney
       Bar Roll No. 102653
       United States Attorneys Office
       James T. Foley U.S. Courthouse
       445 Broadway
       Albany, N.Y. 12207
       Telephone: (518)431-0247
       Fax: (518)431-0249
       E-mail: Thomas.Spina@usdoj.gov

cc: Hon. Lawrence K. Baerman, Clerk
U.S. District Court Clerk, Albany (Electronic filing)

Lee Kindlon, Esq. (Electronic service)
74 Chapel Street
Albany, N.Y. 12207

* * *

Leave of Court is granted for the filing of the foregoing dismissal.

***It is so ordered:***

Dated: March 19, 2009
Albany, New York

Hon. Randolph F. Treece
U.S. Magistrate Judge