U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

AUG 1 8 2009

LAWRENCE K. BAERMAN, CLERK
ALBANY

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**
                      **Plaintiff**

V.

                      **Defendant(s)**

Mahmood Hamdard

**PETITION**

Case No: 08-mj-283 (RFT)

To the Honorable Judge of the United States District Court for the Northern District of New York:

Your petitioner, _Ahmad S Hamdard_ respectfully shows:

That your petitioner resides at:

CITY _Schenectady_ STATE/COUNTRY _NY USA_

Social Security Number of Petitioner: **(LAST 4 DIGITS ONLY)** _1 7 5 6_

That on(date) _8-25-08_, the defendant herein gave bond before the United States Magistrate Judge for his/her appearance to answer to the criminal charges against him/her, and your petitioner on the day aforesaid signed said bond as surety for the said defendant and deposited with said United States District Court the sum of $ _5,000.00_.

1

That thereafter and on(date) ___March 19, 2008___, the said defendant appeared before this court. The charge, for which bail was posted, was finally determined by:

**Select Appropriate Disposition:**

☐      Conviction and Sentence

☒      Dismissal

That said sum of money deposited with the United States District Court as aforesaid is the money of your petitioner and the right thereto has not been assigned.

WHEREFORE, your petitioner respectfully prays that an order be entered releasing your petitioner as surety as aforesaid and that the Clerk of the Court be directed to remit to your petitioner said sum of $ ___5,000.00___ deposited in connection with said bail bond.

_____
Signature of Petitioner

Dated: __7-14-09__,

State of _New York_

County of _Albany_   Social Security #(**LAST 4 DIGITS**) 1 7 5 0

City of _Albany_

_Ahmad Hamdard_, being duly sworn, deposes and states that he/she is the petitioner in the above petition; that he/she has read the foregoing petition and knows the contents thereof and that the same are true of his/her own knowledge.

_____
Signature of Petitioner

Sworn to before me this _28_
day of _July 2009_.

_____
NOTARY PUBLIC
My Commission Expires: _12/1/12_

**JONATHAN ZOGBY**
NOTARY PUBLIC IN THE STATE OF NEW YORK
QUALIFIED IN ALBANY COUNTY No. 01ZO6197510
MY COMMISSION EXPIRES DECEMBER 1, 20_12_

3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                              Plaintiff                        ORDER

            V.                                  CRIMINAL NO. _1:08 mj 283(RFT)_

MAHMOOD HAMDARD,         Defendant.
_____

Upon reading and filing the annexed petition, it is

    ORDERED; that the petitioner therein be and he/she hereby is released as surety on the bail bond of the defendant in the above entitled cause, and it is further

    ORDERED; that the Clerk of the Court remit to the petitioner the sum of _Five Thousand_ ($ _5,000.00_ ) deposited in connection with said bail bond.

DATED: _August 17, 2009_                        _____
                                                                  UNITED STATES DISTRICT JUDGE

*******************************************************************

**RETURN ON ORDER**

I, _____ deputy clerk have complied with the Court's order this _____ day of _____.