U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
AUG 25 2009
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                        Plaintiff

V.

MAHMOOD HAMDARD,       Defendant.

**ORDER**

CRIMINAL NO. 1:08 mj 283(RFT)

Upon reading and filing the annexed petition, it is

    ORDERED; that the petitioner therein be and he/she hereby is released as surety on the bail bond of the defendant in the above entitled cause, and it is further

    ORDERED; that the Clerk of the Court remit to the petitioner the sum of Five Thousand ($ 5,000.00) deposited in connection with said bail bond.

DATED: August 17, 2009

_____
UNITED STATES DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**RETURN ON ORDER**

I, Leslie Malinowski, deputy clerk have complied with the Court's order this 21st day of August 2009.

Ck# 273263
Cert# 70020860002250060581